**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| United States of America, *ex rel.* Valerie Paquette,<br><br>Plaintiff,<br><br>v.<br><br>Charleston County School District,<br><br>Defendant. | Civ. No.: 2:16-cv-01415-PMD |

## NOTICE OF VOLUNTARY DISMISSAL

This matter was filed under the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729-33, by Relator Valerie Paquette on behalf of the United States against the Charleston County School District.

Plaintiff, United States of America, voluntarily dismisses this action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Such dismissal is appropriate because Defendant has not been served nor made an appearance in this action. Although the United States is the Real Party in interest in this matter, it has conferred with counsel for the Relator; Relator consents to and joins in this dismissal. Pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure, this dismissal is without prejudice.

[signature page follows]

Respectfully submitted,

**FOR THE UNITED STATES**

SHERRI A. LYDON
United States Attorney
District of South Carolina

s/ *Robert Sneed*_____
Robert Sneed (#7437)
Assistant United States Attorney
District of South Carolina
55 Beattie Place, Suite 700
Greenville, SC 29601

Date:   August 2, 2018

**FOR RELATOR**

On Behalf of Relator, I consent and join in this dismissal:

s/ *E. Warren Moise*
E. WARREN MOISE/Fed. ID#  4879
473 SAVANNAH HIGHWAY CHARLESTON
SC 29407 (843) 722-0311
(843) 722-1374 fax
warren.moise@gmail.com

Lawrence C. Kobrovsky, Esq. FED Bar#   5294
123 Meeting Street
Charleston, SC 29401 PH 843-853-3703
kobrovskyl@bellsouth.net

ATTORNEYS FOR RELATOR-PLAINTIFF

Date:   August 2, 2018